

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00232-CR

**STANLEY SCOTT CLAYTON II,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the County Court at Law
### Walker County, Texas
### Trial Court No. 18-0614

## MEMORANDUM OPINION

Stanley Scott Clayton, II, was convicted of speeding in the Municipal Court of the City of Huntsville. After a trial de novo in the County Court at Law, Clayton was again convicted and fined $200. The Court's judgment of conviction was signed and the sentence was imposed on April 9, 2019. Having timely filed a motion for new trial, Clayton's notice of appeal was due July 8, 2019. It was not filed until July 9, 2019.[1] Thus, Clayton's notice of appeal is untimely. *See* TEX. R. APP. P. 26.2(a)(2).

---

[1] Clayton acknowledged in his notice of appeal that it was emailed to the trial court clerk on July 9, 2019.

We have no jurisdiction of an untimely appeal, and this appeal must be dismissed. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (no appellate jurisdiction where notice of appeal is untimely). Accordingly, this appeal is dismissed.

A motion for rehearing may be filed within 15 days after the judgment of this Court is rendered. *See* TEX. R. APP. P. 49.1. If Clayton desires to have the decision of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within 30 days after either the day this Court's judgment was rendered or the day the last timely motion for rehearing was overruled by this Court. *See* TEX. R. APP. P. 68.2(a).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Appeal dismissed
Opinion delivered and filed July 31, 2019
Do not publish
[CR25]

